

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00439-CV

**SAYERS INVESTMENTS, LP.**, Rachel Shirley Rachelle, Shea Management Co., L.C., and
William Earl McDonald,
Appellants

v.

Joseph E. **MINIHAN** a/k/a Joe E. Minihan, Sharon Joy Minihan, 1150 Partners, Ltd.,
SCAP of TEXAS Inc., James C. Woo and Davidson Troilo Ream & Garza,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000184
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  December 28, 2016

DISMISSED

Appellants' brief, which was due on October 3, 2016, has not been filed. On November 21, 2016, this court ordered appellants to show cause in writing within ten (10) days why this appeal should not be dismissed for want of prosecution. Appellants did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellants.

PER CURIAM